TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

2016 MAY -6 PM 1:05

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES

    -v.-                      16-CR-21 (S-1) (LDH)

XAVIER ONEAL, ARTHUR SAM, and   Docket Number
DANE PHILLIP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Nomi Berenson
Firm Name: U.S. Attorney's Office, EDNY
Address:   271 Cadman Plaza East
           Brooklyn, NY 11201
Phone Number: 718-254-6308
E-Mail Address: nomi.berenson@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ____ NO ____
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

ongoing criminal investigation

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn, NEW YORK
       5/06/2016

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE 5/06/2016
                             DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ✓ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

5/06/2016
DATE

SIGNATURE