# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000

2 9 BROADWAY, SUITE 1412
NEW YORK, N.Y.  10006
212-608-7949

973-746-1490 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)  ◊  JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

January 23, 2018

Via ecf
Honorable LaShann DeArcy Hall, U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Xavier Oneal*, 16 CR 21 (LDH)

Dear Judge DeArcy Hall:

    I have been appointed, pursuant to the Criminal Justice Act, to represent Xavier Oneal, whose case is presently pending before the Court for sentencing on January 26, 2018 at 4 pm.  I write, respectfully, to request that the sentence date be continued due to a family medical appointment I must attend.  I have communicated with AUSA Nomi D. Berenson and she has no objection to this application.

    Thank you for your attention to this request.

Respectfully yours,

*Jean D. Barrett*
Jean D. Barrett

cc via ecf: AUSA Nomi Berenson