# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Xavier Oneal

Docket No.: 16 Cr. 21 (LDH)
Hon. LaShann DeArcy Hall
(District Court Judge)

Notice is hereby given that Xavier Oneal appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on 5/31/2018
(date)

This appeal concerns: Conviction only ☐   Sentence only ✓   Conviction & Sentence ☐   Other ☐
Defendant found guilty by plea ✓ | trial ☐ | N/A ☐
Offense occurred after November 1, 1987? Yes ✓ | No ☐   N/A ☐
Date of sentence: 5/31/2018   N/A ☐
Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓ ] No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Jean D Barrett, Esq. |
| Counsel's Address: | 47 Park St. |
| | Montclair, NJ 07042 |
| Counsel's Phone: | 973-744-1000 |
| Assistant U.S. Attorney: | Nomi Berenson, Esq. |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, New York 11201 |
| AUSA's Phone: | 718-257-7000 |

*Signature*
Signature